IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

KEVIN JUSTICE, et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO.  2:26-cv-00029

TRANSWOOD LOGISTICS, INC., et al.,

          Defendants.

**ORDER**

Pending before the court is Plaintiffs' Motion to Amend Complaint, [ECF No. 22]. The motion was timely filed on April 10, 2026, in accordance with the Scheduling Order, [ECF No. 17] (setting the deadline to amend pleadings to April 13, 2026). Defendants responded, and they do not oppose the relief sought. [ECF No. 39].

Pursuant to Rule 15(a) "leave to amend a pleading shall be freely given 'when justice so requires.'" *Johnson v. Oroweat Foods Co.*, 785 F.2d 503, 509 (4th Cir. 1986); Fed. R. Civ. P. 15(a)(2). The Fourth Circuit has "interpreted Rule 15(a) to provide that 'leave to amend a pleading should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile.'" *Laber v. Harvey*, 438 F.3d 404, 426 (4th Cir. 2006) (citing *Johnson*, 785 F.2d at 509).

Here, Defendants do not oppose the motion, and relief is sought timely. Accordingly, the Plaintiff's Motion to Amend Complaint, **[ECF No. 22],** is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        April 28, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE